**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PEELER, HAROLD FLOYD, JR.    § Case No. 10-75897
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $276,100.00 *(without deducting any secured claims)* | Assets Exempt: $53,400.00 |
| Total Distribution to Claimants: $3,102.18 | Claims Discharged Without Payment: $41,955.42 |
| Total Expenses of Administration: $3,398.02 | |

　　　　3) Total gross receipts of $ 6,500.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $352,385.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,398.02 | 3,398.02 | 3,398.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,700.00 | 30,308.60 | 30,308.60 | 3,102.18 |
| **TOTAL DISBURSEMENTS** | $397,085.00 | $33,706.62 | $33,706.62 | $6,500.20 |

4) This case was originally filed under Chapter 7 on November 30, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2011          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Gift to Lynette Peeler-2006 Chevrolet Cobalt | 1141-000 | 3,500.00 |
| Gift to debtor's daughter | 1141-000 | 3,000.00 |
| Interest Income | 1270-000 | 0.20 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Center for Neurology | 4110-000 | N/A | | 0.00 | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 14,957.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 318,168.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 19,260.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$352,385.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,400.02 | 1,400.02 | 1,400.02 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,998.00 | 1,998.00 | 1,998.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,398.02 | 3,398.02 | 3,398.02 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 4,303.00 | 4,386.72 | 4,386.72 | 449.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 9,965.00 | 10,137.55 | 10,137.55 | 1,037.61 |
| 4 | American Express Centurion Bank | 7100-000 | 12,082.00 | 12,182.77 | 12,182.77 | 1,246.94 |
| 5 | Center for Neurology | 7100-000 | 3,601.00 | 3,601.56 | 3,601.56 | 368.63 |
| NOTFILED | Miramedrg | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Wf Fin Bank Wells Fargo Financial | 7100-000 | 4,513.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 5,390.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citifinancial | 7100-000 | 4,733.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 44,700.00 | 30,308.60 | 30,308.60 | 3,102.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75897  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** PEELER, HAROLD FLOYD, JR.  **Filed (f) or Converted (c):** 11/30/10 (f)
**§341(a) Meeting Date:** 12/30/10
**Period Ending:** 10/10/11  **Claims Bar Date:** 04/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1535 Farmhill Drive Algonquin, IL 60102 | 223,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with JP Morgan Chase Bank, Lake    Trustee objected to Debtor's exemption claimed in the checking account . Trustee withdrew his Objection to Exemption.  See Order to Compromise Controversy entered February 7, 2011. | 32,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods with debtor | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. clothes with debtor | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2009 Chevrolet HHR LT with 29,000 miles | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Gift to Lynette Peeler-2006 Chevrolet Cobalt    Settled pursuant to Order to Compromise Controversy entered February 7, 2011. | 4,600.00 | 3,500.00 | DA | 3,500.00 | FA |
| 7 | Gift to debtor's daughter    Settled pursuant to Order to Compromise Controversy entered February 7, 2011. | 3,000.00 | 3,000.00 | DA | 3,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.20 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$276,100.00** | **$6,500.00** | | **$6,500.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 15, 2011   **Current Projected Date Of Final Report (TFR):**   May 18, 2011  (Actual)

Printed: 10/10/2011 02:34 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-75897 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PEELER, HAROLD FLOYD, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-65 - Money Market Account |
| Taxpayer ID #: | **-***8795 | | Blanket Bond: | $373,000.00  (per case limit) |
| Period Ending: | 10/10/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/12/11 | | Harold Peeler | Lump Sum Settlement re: Recovery of Voidable Transfers | | 6,500.00 | | 6,500.00 |
| | {6} | | Settled pursuant to  3,500.00 Motion to Compromise Controversy filed January 12, 2011. | 1141-000 | | | 6,500.00 |
| | {7} | | Settled pursuant to  3,000.00 Motion to Compromise Controversy filed January 12, 2011. | 1141-000 | | | 6,500.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,500.03 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,500.07 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,500.12 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,500.17 |
| 05/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 6,500.20 |
| 05/18/11 | | To Account #9200******1666 | Transfer funds from MMA to Checking Account | 9999-000 | | 6,500.20 | 0.00 |

| | | | | ACCOUNT TOTALS | 6,500.20 | 6,500.20 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 6,500.20 | |
| | | | | **Subtotal** | 6,500.20 | 0.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$6,500.20** | **$0.00** | |

{} Asset reference(s)     Printed: 10/10/2011 02:34 PM     V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-75897 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PEELER, HAROLD FLOYD, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***8795 | | Blanket Bond: | $373,000.00   (per case limit) |
| Period Ending: | 10/10/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/11 | | From Account #9200******1665 | Transfer funds from MMA to Checking Account | 9999-000 | 6,500.20 | | 6,500.20 |
| 06/29/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,998.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,998.00 | 4,502.20 |
| 06/29/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,400.02, Trustee Compensation;  Reference: | 2100-000 | | 1,400.02 | 3,102.18 |
| 06/29/11 | 103 | Capital One Bank (USA), N.A. | Dividend paid  10.23% on $4,386.72; Claim# 2; Filed: $4,386.72; Reference: | 7100-000 | | 449.00 | 2,653.18 |
| 06/29/11 | 104 | Chase Bank USA, N.A. | Dividend paid  10.23% on $10,137.55; Claim# 3; Filed: $10,137.55; Reference: | 7100-000 | | 1,037.61 | 1,615.57 |
| 06/29/11 | 105 | American Express Centurion Bank | Dividend paid  10.23% on $12,182.77; Claim# 4; Filed: $12,182.77; Reference: | 7100-000 | | 1,246.94 | 368.63 |
| 06/29/11 | 106 | Center for Neurology | Dividend paid  10.23% on $3,601.56; Claim# 5; Filed: $3,601.56; Reference: | 7100-000 | | 368.63 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 6,500.20 | 6,500.20 | $0.00 |
| | | Less: Bank Transfers | 6,500.20 | 0.00 | |
| | | Subtotal | 0.00 | 6,500.20 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $6,500.20 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******16-65 | 6,500.20 | 0.00 | 0.00 |
| Checking # 9200-******16-66 | 0.00 | 6,500.20 | 0.00 |
| | $6,500.20 | $6,500.20 | $0.00 |

{} Asset reference(s)    Printed: 10/10/2011 02:34 PM    V.12.57